**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| JUSTIN EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  4:16-cv-00160-TWP-TAB |
| | ) |
| PATRICK ALUMINUM, INC. | ) |
| d/b/a ALTEC ALUMINUM | ) |
| TECHNOLOGIES, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Krista A. Willike, counsel for Plaintiff, Justin Evans, respectfully requests that this Court grant her leave to withdraw her appearance in accordance with Local Rule 83-7, and in support of this Motion states as follows: A copy of this Motion was served on Plaintiff on September 18, 2017. Good cause exists for the Court to grant this Motion as the undersigned is no longer with Biesecker, Dutkanych & Macer, LLC, attorneys for Plaintiff. Plaintiff will not be prejudiced should the Court grant the Motion to Withdraw, and Andrew Dutkanych will continue to represent Plaintiff.

Respectfully submitted,

/s/ Krista A. Willike
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 N. Seventh Street
Louisville, Kentucky 40202
Telephone:   (502) 561-3443
Facsimile:   (502) 561-3444
Email:    ad@bdlegal.com
   kwillike@bdlegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, 2017, the foregoing was served via the Court's electronic filing system upon the following:

Jeffrey S. Beck (#24793-29)
Ryann E. Ricchio (#30076-53)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
E-mail: jeffrey.beck@FaegreBD.com
ryann.ricchio@Faegrebd.com

*Counsel for Defendant*

/s/ Krista A. Willike
Krista A. Willike